Bruce W. Baber
Kathleen E. McCarthy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  212-556-2200
Facsimile:  212-556-2222

Albert F. Pagni
(Nevada Bar No. 0987)
JONES VARGAS
100 West Liberty Street, 12th Floor
Reno, Nevada  89501
Telephone:  775-786-5000
Facsimile: 775-786-1177

Attorneys for Plaintiff
GEORGIA-PACIFIC CONSUMER
PRODUCTS, L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, L.P., | ) ) ) |
| Plaintiff, | ) ) Case No. 3:09-cv-00156-BES-VPC |
| v. | ) ) ) |
| NEXTEP, INC. and SAMUEL L. PAUL, | ) ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GEORGIA-PACIFIC CONSUMER PRODUCTS, LP ("Georgia-Pacific") and Defendants NEXTEP, INC. and SAMUEL L. PAUL ("Defendants") having agreed to resolve and settle all claims and counterclaims asserted herein;

NOW, THEREFORE, Georgia-Pacific and Defendants, by and through their respective undersigned counsel and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby STIPULATE and AGREE that all claims and counterclaims

asserted herein, including all claims asserted by Georgia-Pacific against Defendants in Georgia-Pacific's Complaint and all counterclaims asserted by Defendants against Georgia-Pacific in Defendants' Answer and Counterclaims, and each and every count thereof, be and they hereby are DISMISSED WITH PREJUDICE, with each party to bear its or his own costs, fees and expenses.

      SO STIPULATED AND AGREED, this 17th day of June, 2011.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief District Judge
Dated: March 8, 2012.